```
 1  TIMOTHY S. CORY, ESQ.                                    ECF FILED:  5/13/2009
    Nevada Bar No. 1972
 2  JASON C. FARRINGTON, ESQ.
    Nevada Bar No. 8063
 3  DURHAM JONES & PINEGAR
    8831 W. Sahara Avenue
 4  Las Vegas, Nevada 89117
    Telephone: (702) 388-1996
 5  timcory@corylaw.us
```

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re:<br><br>KAREN BETH LIPTON,<br><br>　　　　　Debtor. | BK-S-08-19178-MKN<br><br>Chapter 7 |
|---|---|
| TIMOTHY S. CORY, Chapter 7 Trustee,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KAREN BETH LIPTON,<br><br>　　　　　Defendant. | Adv. Proc. No. 08-01386-MKN<br><br><br>Date:  June 24, 2009<br><br>Time: 9:30 a.m. |

### NOTICE OF HEARING FOR MOTION FOR JUDGMENT ON THE PLEADINGS

NOTICE IS HEREBY GIVEN that a Motion for Judgment on the Pleadings was filed herein by Timothy S. Cory, duly appointed Chapter 7 Bankruptcy Trustee, by and though his counsel Jason C. Farrington, Esq. of Durham Jones and Pinegar.  A copy of the Motion was filed with the Clerk of the United States Bankruptcy Court for the District of Nevada.  This hearing currently set for May 27, 2009 is rescheduled and will be held at the United States Bankruptcy Court, 300 Las Vegas Blvd South, Third Floor, Las Vegas, NV 89101 on the

**24th day of June, 2009 at 9:30 a.m.**  This Motion seeks:  a Judgment on the Pleadings filed in this Adversary Proceeding.

Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**Local Rule 9014(d)(1):  "**Oppositions to a motion must be filed and service must be complete on the movant no later than 15 days after the motion is served except as provided by LR 3007 (b) and LR 9006.  If the hearing has been set on less than 15 days notice, the opposition must be filed no later than 15 days notice, the opposition must be filed no later than 5 business days before the hearing, unless the court orders otherwise.  The opposition must set forth all relevant facts and any relevant legal authority.  An opposition may be supported by affidavits or dec1arations that conform to the provisions of sub-section (c) of this rule.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court.  You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing

NOTICE IS FURTHER GIVEN that this hearing may be continued from time to time without further notice.

DATED: May 13, 2009.

                                            */s/ Jason C. Farrington*
                                            Jason C. Farrington