James D. Greene, Esq., NV Bar No. 2647
**RICE SILBEY REUTHER & SULLIVAN, LLP**
3960 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada 89169
Ph: (702) 732-9099
Fax: (702) 732-7110
E-mail: jgreene@rsrslaw.com

Attorneys for Arnold Schrager
and Susan Stolowitz

E-Filed on: June 10, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>KAREN BETH LIPTON,<br><br>Debtor. | Case No.: BK-S-08-19178 MKN<br><br>Chapter 7 |
| TIMOTHY S. CORY, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>KAREN BETH LIPTON,<br><br>Defendant. | Adv. Proc. No. 08-01386-MKN<br><br>**JOINDER IN TRUSTEE'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Hearing Date: May 27, 2009<br>Hearing Time: 2:30 p.m. |

Arnold Schrager and Susan Stolowitz, creditors in the above-entitled Chapter 7 bankruptcy case (collectively the "Creditors"), by and through their counsel, James D. Greene, Esq., of Rice Silbey Reuther & Sullivan, LLP, hereby join in the Motion for Judgment on the Pleadings ("Trustee's Motion"). As indicated in the Trustee's Motion, the Debtor's conduct in this case has been reprehensible and granting her a discharge would a gross injustice. For all of the reasons stated in the Trustee's Motion, Creditors request that the Court grant the Trustee's Motion and deny the Debtor a discharge.

DATED this 10th day of June, 2009.

RICE SILBEY REUTHER & SULLIVAN, LLP

*/s/ James D. Greene*
James D. Greene, Esq.
3960 Howard Hughes Pkwy, Suite 700
Las Vegas, NV 89169

1

**CERTIFICATE OF SERVICE**

I am employed in Clark County. I am over the age of 18 and not a party to this action. My business address is 3960 Howard Hughes Parkway, Suite 700, Las Vegas, NV 89169.

On the June 10, 2009, I served the foregoing document(s), described as:

**JOINDER IN TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN 1**

☒ by placing the ☐ original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

See attached list

☐ a. **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

☒ b. **BY U.S. MAIL.** I deposited such envelope in the mail at Las Vegas, Nevada. The envelope(s) were mailed with postage thereon fully prepaid.

I am readily familiar with Rice Silbey Reuther & Sullivan, LLC practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐ c. **BY PERSONAL SERVICE.** *(List persons and addresses. Attach additional paper if necessary)*

☐ d. **BY DIRECT EMAIL (as opposed to through the ECF System)** *(List persons and email addresses. Attach additional paper if necessary)*

☐ e. **BY FACSIMILE TRANSMISSION**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.
*(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Date: June 10, 2009

                                     ____/s/ Jeni Starley_____
                                     An employee of Brownstein Hyatt Farber Schreck, LLP

**RICE SILBEY REUTHER & SULLIVAN, LLP**
3960 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada 89169
(702) 732-9099

RICE SILBEY REUTHER & SULLIVAN, LLP
3960 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada 89169
(702) 732-9099

## SERVICE LIST

U.S. Trustee – LV – 7
300 Las Vegas Boulevard, So.
Suite 4300
Las Vegas, NV 89101-5803

Timothy S. Cory
8831 West Sahara Ave.
Las Vegas, NV 89117-5865

Mark Solomon & Kari Stephens Esq.
Acct No. Px1169
c/o Arnold Schrager @Susan Stolowitz
7881 W. Charleston Blvd. Suite 240
Las Vegas, NV 89117-8327

Karen Beth Lipton
2251 N. Rampart #379
Las Vegas, NV 89128-7640

Jason C. Farrington, Esq.
Durham Jones & Pinegar
8831 W. Sahara Ave.
Las Vegas, NV 89117