

Entered on Docket
August 20, 2009



_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

_____

TIMOTHY S. CORY, ESQ.
Nevada Bar No. 1972
JASON C. FARRINGTON, ESQ.
Nevada Bar No. 8063
**DURHAM JONES & PINEGAR**
8831 West Sahara Avenue
Las Vegas, NV  89117
Telephone No. (702) 388-1996
tcory@corylaw.us
Attorneys for Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | |
| KAREN BETH LIPTON, | Bankruptcy Case No. BK-S-08-19178-MKN |
| Debtor. | Chapter 7 |
| TIMOTHY S. CORY, Chapter 7 Trustee, | Adversary Proceeding No. |
| Plaintiff, | 08-01386 |
| v. | Hearing Date: June 24, 2009 |
| KAREN BETH LIPTON, | Hearing Time: 9:30 a.m. |
| Defendant. | |

## JUDGMENT DENYING DISCHARGE

SLC_413019.1                                    1

Pursuant to this Court's Order Granting Motion for Judgment on the Pleadings, judgment is hereby entered as follows:

The Chapter 7 discharge of Defendant, Karen Beth Lipton, is hereby DENIED.

Respectfully submitted by

 */s/ Duane H. Gillman*
Duane H. Gillman
Durham Jones & Pinegar
Attorneys for Trustee

SLC_413019.1                                              2

1   In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

\_\_\_ The court has waived the requirement of approval under LR 9021.

\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

 X  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Timothy S. Cory, Trustee – Approved
James D. Greene - Approved

                                         */s/ Duane H. Gillman*
                                         Durham Jones & Pinegar

                                                  ###

SLC_413019.1                                3